**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                                                    Case No.:  8:16-bk-00412-KRM
                                                                                          Chapter 7
John N. Oake

          Debtor(s).
_____/

**REPORT AND NOTICE OF TRUSTEE'S INTENTION**
**TO ABANDON PROPERTY OF THE ESTATE**

**NOTICE OF OPPORTUNITY TO**
**OBJECT AND FOR HEARING**

**Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 14 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail. If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 801 N. Florida Ave., Suite 555, Tampa, FL 33602-3899 and serve a copy on the movant, Richard M. Dauval, 3900 1st Street North, Suite 100, Saint Petersburg, FL 33703, and any other appropriate persons within the time allowed.**

**If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.**

**If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

TO:  CREDITORS, DEBTOR(S) AND OTHER PARTIES IN INTEREST

          Richard M. Dauval, the Chapter 7 Trustee in the above-captioned case reports that she intends to abandon the following property of the Debtor(s):

| PROPERTY |
| --- |
| 4 dogs & 1 cat (collectively, the "Property") |

The Property is being abandoned because the Property is burdensome to the estate or is of inconsequential value and benefit to the estate.

## CERTIFICATE OF SERVICE

**I HERBY CERTIFY** that a true and correct copy of the above was served electronically by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case and/or via First Class U.S. Mail, postage prepaid to: **Debtor(s)**: John N. Oake , 26109 82nd Ave East, Myakka City, Fl 34251 **Debtor(s) Attorney:** Christopher D Smith, Christopher D. Smith, P.A., 5391 Lakewood Ranch Blvd. N., Suite203, Sarasota, Fl 34240 **U.S. Trustee Office**, ustpregion21.tp.ecf@usdoj.gov;  and all creditors listed on the attached matrix on February 20, 2017.

/s/ Richard M. Dauval
Richard M. Dauval, Chapter 7 Trustee
PO Box 13607
St. Petersburg, FL 33733-3607
Telephone:  727.362.9003
Email:  rdauval@leavenlaw.com