**Filed Via Mail**
**SEP 29 2017**
CLERK, US BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Tampa DIVISION

1 Page Scanned by DMB

September 8, 2017

RE: John N. Oake
    Case No: 8:16-bk-00412-KRM

Response to: Motion to Sell Real Property and Pay Secured Creditiors
(26109 82nd Avenue East, Myakka City, FL 34251)

To Whom it May Concern:

I am filing this response to contest the sale as indicated in the document stated above.

Respectfully,

*Deborah M. Scaccianoce*
Deborah M. Scaccianoce

Cc: Richard M. Dauval
    3900 1st Street North, Suite 100
    Saint Petersburg, FL 33703